IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02543-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

905 HALLETT CIRCLE, FARMINGTON, NEW MEXICO,

    Defendant.

_____

**WRIT OF ENTRY**
_____

    TO: UNITED STATES MARSHAL SERVICE AND/OR ANY AUTHORIZED LAW ENFORCEMENT OFFICER - GREETINGS:

    Based upon the Verified Complaint for Forfeiture *In Rem*, filed herein, against the defendant real property described as follows:

    905 Hallett Circle, Farmington, New Mexico 87401, including outbuildings,

is more fully described as:

    Lot Six (6) of the Hicks Subdivision No. 1, as shown on the Plat of said Subdivision filed for record November 25, 1952.

    County of San Juan, State of New Mexico

and the Application for Writ of Entry filed by the United States, and the Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real property are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881;

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real property including any structures, for the purpose of conducting an inspection and inventory of the properties and to conduct appraisals; and

The United States having not requested authority to seize the defendant real property at this time, but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real property and serve notice of this action and a copy of the Verified Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the United States Marshal Service or its designee, is hereby authorized to:

1. Enter the defendant real property, including any structures during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real property; and

2. Be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property, which appraisals may include, among other means, still and video photography; and

3. Be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4.      Be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232, prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

SO ORDERED this 20th day of November, 2015.

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge