IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02543-JLK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

905 HALLETT CIRCLE, FARMINGTON, NEW MEXICO,

       Defendant.

_____

**ORDER VACATING EARLY NETURAL EVALUATION
AND CASE RELATED DEADLINES**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion to Vacate Early Neutral Evaluation and Case Related Deadlines (Doc. 21), the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 985;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT Claimant Margaret Spencer and the United States have reached a resolution as to defendant 905 Hallett Circle, Farmington, New Mexico.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Early Neutral Evaluation Conference set for May 5, 2016, at 1:30 p.m. before Magistrate Judge Michael J. Watanabe is VACATED.

THAT based on the resolution of the claim in this case, all case related deadlines are hereby VACATED.

SO ORDERED this 28th day of April, 2016.

BY THE COURT:

_____
JOHN L. KANE
U.S. District Court Senior Judge