IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02543-JLK-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

905 HALLETT CIRCLE, FARMINGTON, NEW MEXICO,

       Defendant.

_____

**ORDER TO ADMINISTRATIVELY CLOSE CASE**
_____

       THIS MATTER is before the Court on the Unopposed Motion to Administratively Close Case (Doc. 22), pursuant to D.C.COLO.LCivR. 41.2, the Court hereby

       ORDERS that this case shall be CLOSED ADMINISTRATIVELY, subject to reopening by either party for good cause.

       SO ORDERED this 28th day of April, 2016.

                                 BY THE COURT:

                                 _____
                                 JOHN L. KANE
                                 Senior U.S. District Court Judge